UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(WESTERN DIVISION)

| | |
|---|---|
| NATALIE WEISSBROD, ALBERT CLEMO, JASON WENGER, and WILLIAM DUFFY, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SILVERLEAF RESORTS, INC.,<br>Defendant | C.A. No. 2009-30149 |

### FINAL JUDGMENT ON ARBITRATOR'S AWARD

This action comes before the Court for Entry of Final Judgment on Arbitrator's Award. On March 7, 2013, the Court allowed the parties' Joint Motion for Confirmation of Arbitrator's Award Approving Collective Action Settlement, and confirmed the Arbitrator's Award.

WHEREFORE, judgment is now entered pursuant to Fed. R. Civ. P. 58 confirming said Award of the Arbitrator, pursuant to the Federal Arbitration Act, and dismissing this action in this Court with prejudice, but without costs to any party.

Dated at Springfield, Massachusetts this 28th day of March, 2013.

By the Court,

/s/ Michael A. Ponsor

1479043v1